**Willa Mae COOPER, Respondent,**

v.

**J.D. WILLIAMS, et al., Appellants.**

**No. WD 33669.**

Missouri Court of Appeals,
Western District.

June 21, 1983.

Carl W. Bussey, Colbert & Fields, Kansas City, for appellants.

Gary Lynn Allen, Kansas City, for respondent.

Before TURNAGE, P.J., and SOMERVILLE and KENNEDY, JJ.

### ORDER

PER CURIAM:

Appeal from judgment in workers' compensation cause remanding cause to the Labor and Industrial Relations Commission for recomputation of claimant's average weekly wage.

Judgment affirmed. Rule 84.16(b).